ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Brass Construction, LLC | ) ASBCA No. 64050 |
| | ) |
| Under Contract No. W912HN-22-C-4004 | ) |

APPEARANCES FOR THE APPELLANT:    Matthew F. Brass
                                                           Owner

                                                          Dana Garrett Diment, Esq.
                                                           Dana Garret Diment, P.C.
                                                           Carrollton, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                                  Engineer Chief Trial Attorney
                                                                Orion D. Ray, Esq.
                                                                  Engineer Trial Attorney
                                                                  U.S. Army Engineer District, Savannah

ORDER OF DISMISSAL

By motion dated February 13, 2025, appellant indicated it wished to withdraw this appeal without prejudice. The government has informed the Board that it does not object to appellant's request. According, the appeal has been withdrawn. It is dismissed from the Board's docket without prejudice.

Dated: February 26, 2025

JOHN H. THRASHER
Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64050, Appeal of Brass Construction, LLC, rendered in conformance with the Board's Charter.

       Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
